UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

"IN ADMIRALTY"

Case No: 10-60107-CIV-GOLD/MCALILEY

MACDONALD RICE and PATRICIA RICE,
Individually, and THE CONTINENTAL
INSURANCE COMPANY, a foreign corporation,

    Plaintiffs,

vs.

G & G MARINE, INC., d/b/a G & G
SHIPPING, a Florida corporation,

    Defendant.
_____/

### NOTICE OF SETTLEMENT

MacDonald Rice and Patricia Rice, Individually, and The Continental Insurance Company, Plaintiffs, hereby file this Notice of Settlement with G & G Marine, Inc., d/b/a G & G Shipping, Defendant, in the captioned action which is set for trial on the two-week calendar commencing Monday, March 14, 2011.

Plaintiffs and Defendant will proceed with settlement activities, and will be filing a Joint Stipulation for Dismissal with Prejudice in the near future.

*/s/ David J. Pope*
David F. Pope
Florida Bar No.: 164452
Eric C. Thiel
Florida Bar No.: 016267
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: William R. Boeringer, Esquire, Hayden, Milliken & Boeringer, P.A., 2121 Ponce de Leon Boulevard, Suite 730, Miami, Florida 33134, Attorneys for Defendant.

_____
David F. Pope